SDOH, 7/03

## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | Amy M. Scarpelli | Docket #: | 3:15-CR-00014 |
| Address: | 5522 Beavon Avenue<br>Dayton, OH 45449 | Judge: | Walter H. Rice |

You have been ordered by the United States District Court to pay a special assessment of $100.00, restitution of $5,215,100.00, and/or a fine of $0.00, as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $25.00/month, commencing July 2021.

_[signature: Matthew C. Scott]_                                                          June 22, 2021

Matthew Scott
U. S. Probation Officer                                                                         Date

**Order of the Court:** The Court orders minimum monthly payments of $ _25_ to commence on _7-1-2021_ and to continue until the debt is satisfied or the Court alters the payment schedule.

_[signature]_                                                                                         _6-28-21_

Signature of Judicial Officer                                                               Date