**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 3:15-cr-000014 |
| | * | |
| Plaintiff, | * | DISTRICT JUDGE WALTER H. RICE |
| | * | |
| vs. | * | |
| | * | |
| AMY SCARPELLI | * | |
| | * | |
| Defendant. | * | |

## RESTITUTION ORDER

This matter is before the Court on the Motion of the United States.  The United States has provided information further identifying the victim "insurance company".

This Court would **ORDER** restitution in the amount indicated below be paid to the following victims:

U.S. BANK                                                                                   $250,000.00
PO BOX 650
CORPORATE SECURITY RECOVERY
MILWAUKEE, WI 53278

MIDWEST INDEMNITY INC.
PO BOX 650
C/O U.S. BANK CORPORATE SECURITY RECOVERY                    $4,965,000.00
MILWAUKEE, WI 53278

Pursuant to 18 U.S.C. 3664(j)(1), U.S. Bank, N.A. shall be paid "before any restitution is paid" to Midwest Indemnity, Inc.  It is ORDERD that the Clerk of Court establish the victims as indicated in the Court's financial system for payment of restitution

Dated: 5/5/2026

_Walter H. Rice_

**JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT**